2024R00179/CF

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Crim. No. 25- |
| RAHMIR GLEATON | : | 18 U.S.C. § 933(a)(1) |

## **I N F O R M A T I O N**

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

From at least as early as in or around December 2023 until at least in or around March 2024, in Union County, in the District of New Jersey and elsewhere, the defendant,

**RAHMIR GLEATON**,

did knowingly and willfully ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm to another person in and otherwise affecting interstate and foreign commerce, knowing and with reason to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

In violation of Title 18, United States Code, Section 933(a)(1).

## FORFEITURE ALLEGATION

Upon conviction of the firearms offense charged in this Information, the defendant, RAHMIR GLEATON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of such offense, and, pursuant to Title 18, United States Code, Section 934(a) and Title 28, United States Code, Section 2461(c), shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such offense, and property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

## SUBSTITUTE ASSETS PROVISION

If any of the property described above, as a result of any act or omission of the defendant:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third party;

    (3)    has been placed beyond the jurisdiction of the court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

*Alina Habba*

ALINA HABBA
United States Attorney

3